☑ FILED ___ ENTERED
___ LOGGED _____ RECEIVED
4:41 pm, Jan 03 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF A COMPLAINT AND ARREST WARRANT FOR WILLIAM ZEV STEEN | Case No. 23-mj-00001-MJM <br><br> **UNDER SEAL** |

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through undersigned counsel, and hereby moves this Honorable Court for an Order sealing the Complaint and Affidavit in Support and Arrest Warrant together with this Motion in the above-referenced matter:

1. United States Magistrate Judge Matthew J. Maddox authorized the arrest warrant based on the Criminal Complaint in this matter. The affidavit submitted in support of the arrest warrant and search warrant contains information regarding an ongoing investigation relative to 18 U.S.C. §§ 2251(a), 2252A(a)(2), and other violations of federal law.

2. Disclosure of the affidavit at this time could seriously jeopardize the investigation as it would reveal names and identities of individuals related to this ongoing investigation and could potentially lead to the identification of individuals who are assisting law enforcement efforts. Further, continued investigation based on the results from these search warrants could reveal the targets of the investigation, some of whom are not currently charged with any offense and may be unaware of the ongoing federal investigation. Therefore, disclosure of the affidavit at this time would in all likelihood compromise the integrity of the investigation and could quite possibly jeopardize the outcome of the investigation.

3. To seal an affidavit for a search or arrest warrant, the government must demonstrate that: (1) there is a compelling government interest requiring materials to be kept under seal and (2) there is no less restrictive means, such as redaction, available. *In re Search Warrants Issued on*

*April 26, 2004*, 353 F. Supp. 2d 584 (D. Md. 2004).  The procedures for sealing are set forth in *Baltimore Sun Co. v. Goetz*, 886 F.2d 60 (4th Cir. 1989).  "The judicial officer may explicitly adopt the facts that the government presents to justify the sealing ...." *Id*. at 65.  This motion and the Court's reasons for sealing should also be sealed.  *Id*.  Notice of the sealing is required, but the notice requirement is satisfied by the docketing of the order sealing the documents.  *Id*.

4.	The target of the arrest warrant is not yet in federal custody or aware of the federal investigation into his conduct.  Should he become aware of the pending charges, he could flee and/or otherwise obstruct justice.  Similarly, the warrant should be temporarily sealed until execution for the protection of law enforcement officers who will be serving the warrant.

WHEREFORE, the government respectfully requests that the Criminal Complaint, the underlying Affidavit, the Arrest Warrant and this Motion be placed under seal until the defendant has been arrested and has had initial appearance in Court.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Paul E. Budlow
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800